**EXHIBIT B**

**Post-incident view of Ramp with Tire Tracks in Non-paved Area**:



**CONFIDENTIAL AND PROPRIETARY**

**All contents of this document SkyWest Safety Management System (SMS) work product and are protected from public disclosure per 49 USC § 44735 and is confidential and proprietary to SkyWest Airlines. Data, text, or images must not be reproduced, disclosed, or distributed to any third party without prior written consent and instruction from the SkyWest Airlines Managing Director Safety.**