**EXHIBIT C**

**N461SW Engines thrust/ FDR Analysis – 75% N1 at 06:16 MDT during Taxi in Upaved Area**:




**Post Event Maintenance Inspection / FDR Analysis for N461SW**:

Record View | Grid View

Maintenance Entries

Trans No.: 20729460 DIN 20725270 Type: NON R

Date: 3/25/2020 Cancels: 0 Delays: 0 Flight No.: Entry:

Due Date: Select a date ATA: 3136, RECORDERS - Data Load and Record System

Complete: 3/26/2020 Inspection: SERVICE, Comply with Service Inspection per the MIP for the CRJ 200.

Aircraft: N461SW,7811,2819 Mx Code: MCO

AML No.: MEL: CDL

Station: SLC Scheduled: 3/25/2020 MEL Details Records Audited Follow Up Reliabilit Failu Code

Supplemental

Source: Maint Released: Select a date Mx Control Comments

Action

Reliability Discrepancy:

MX control requested down load FDR data and up load to Skywest online server due to the aircraft N461SW that departed the paved surface in SGU on March 23rd in SGU. We will need to get Bombardier engineering disposition for required inspections.

Reliability Corrective Action: Manual Reference: N/A Form M-58

Complied with FDR download per Form M-58 and uploaded to SWOL server.

Discrepancy: Discrepancy Source:

Corrective Action: Oil Qty.

**CONFIDENTIAL AND PROPRIETARY**

**All contents of this document SkyWest Safety Management System (SMS) work product and are protected from public disclosure per 49 USC § 44735 and is confidential and proprietary to SkyWest Airlines. Data, text, or images must not be reproduced, disclosed, or distributed to any third party without prior written consent and instruction from the SkyWest Airlines Managing Director Safety.**