**EXHIBIT D**

# IOR # 00076682

Created by 002930 FO Randy Chappell on Mar 25, 2020 8:00 PM



**Submitter Narrative**

I am submitting this ior by the request of my chief pilot. Mark Richards called me on the 25th and told me of an incident reported by Sgu ground personnel. After push back the aircraft was positioned with the nose approx 30 deg to the left. I proceeded to turn the aircraft in that direction after wave off. I made my turn to taxi on the parallel taxi way to runway 01. Overhead lighting on the ramp was very poor and we observed no required hold short ground markings or flashing non movement lights when we made our turn. We were unaware that the aircraft was not on the tarmac. If we would have I would have returned to the gate. When we briefed our WANTS we were unaware that our gate was that close to a threat. The ground personnel pushed us with our nose pointed at the threat and waved us off. The wave off was not a marshal in any specific direction. I'm not sure we would have been able to turn right and clear the other gate.

**Submitter Recommended Solution**

Better airport markings ground lighting and sufficient ramp lighting to be able to identify the ground surface. Ground crew training to mitigate threats. ie don't push an aircraft in that close a proximity to a non movement area and point it in that direction.

SkyWest AIRLINES