**EXHIBIT E**

# IOR # 00093818

Created by 016833 FO Justin Reberon Mar 25, 2020 6:00 PM



## Submitter Narrative

I was informed by Scott Carr that a report had been submitted by SGU ramp personnel that we left the ramp tarmac (onto a dirt area) and that I should fill out an IOR of my experience that morning. Our plane was pushed back from the SGU terminal from the far left spot of the 4 or so parking spots that are there. We were angled towards the left. The rampers disconnected and waved us off. We did the normal "clear left, clear right" and then proceeded to turn out left toward the taxiway. About two thirds or so through the 270 degree turn (we were headed towards runway 1 for a northbound departure that morning) there was the potential that the plane could have been on dirt for a moment, but I had little to no visibility from my vantage point as we were turning left. The captain gave a bit more power to continue the taxi and we proceeded normally towards runway 1. On my post flight walk around in SLC there were slight marks of dirt on the outer part of mostly the right main wheel.

## Submitter Solution

I don't recall any pavement edge paint lines or lights in that area and both of those would help. Also, the rampers could probably help prevent this in the future by not pushing planes back and angling them towards the dirt area. It was dark that early morning and it would be helpful if there was better flood type lighting to illuminate that area towards the north part of the ramp.

SkyWest AIRLINES