**EXHIBIT F**

# Investigation Findings:



- **Both pilots indicated they were on a stand-up schedule, well rested and had no fitness for duty issues prior to the incident flight.**

- **According to the CA, SGU ground personnel pushed the flight with their nose angled slightly left and waved them off. -**

- **As a matter of policy and practice, SGU ground personnel do not marshal nor provide taxi direction after pushback and wave off is completed.**
  - SGU Station personnel report that all aircraft depart Gate 1 following push with an initial turn to the right.
  - Ramp lighting and maneuvering space is adequate to the right of the Gate 1 ramp push area
  - Ramp lighting is insufficient on the left side, therefore all aircraft turn right on initial movement

- **The flight crew's WANT brief did not include taxi from the ramp as the crew indicated they were unaware that Gate #1 was that close to a threat.**

- **There are no SGU terminal ramp edge lights to mark the end of the paved surface area. Two yellow border lines on treated asphalt denote the terminal ramp edge area.**

- **Eyewitness accounts and surveillance video shows the airplane initiating taxi by moving forward, with a slight turn to the right and then a relatively tight turn to the left.**

SkyWest AIRLINES®

**EXHIBIT F**

# Investigation Findings



- Eyewitness accounts and surveillance video shows the airplane accomplishing a 270 degree left turn back towards the terminal ramp area, coming to a full stop in a drainage ditch.
- The aircraft is then seen and heard adding a significant increase in breakaway thrust (75% N1) to move out of the sunken drainage ditch area back to the paved surface of the terminal ramp.
- The sunken area for drainage measures approximately 17 inches lower than the lip of the terminal ramp surface.
- The CA indicated that he was initially unaware that the aircraft was off the paved surface.
- The FO indicated that he was under the impression that both flight crewmembers were immediately aware the aircraft had left the paved surface area.
- It was also indicated that there was minimal discussion and a clear and conscious decision was made by the CA to continue the operation from the unpaved surface area to runway 01 for takeoff.

SkyWest AIRLINES®