**EXHIBIT G**

St. George Taxi Event

On the early morning of March 24th (Today's date is April 20th) an event happened during our taxi-out on our St. George to Salt Lake City flight. The following describes what happened. I have also included the reasons I think it happened and possible solutions to help prevent this for future crews. Randy Chappell was the captain, I was the first officer, and Scott Miller was the flight attendant.

We arrived at the St. George airport that morning and it was pitch black because it was so early. We were informed by St. George ops that we had a plane swap. We had parked the plane we brought in the night before towards the south section of the terminal ramp area. The plane we swapped into was in the farthest north parking position. The boarding process was normal but happened quickly since there were only a few passengers. The tug driver pushed us back, aimed us with our nose pointed to the left (north), disconnected, waved and walked back towards the terminal. Randy started turning out towards the right, but then changed his mind (possibly due to a plane in close proximity to our right that he didn't feel comfortable with, but I'm not sure) and turned back to the left for a left-hand turnout. It seemed like a normal radius turnout. As the FO I can't see what is on the left of the aircraft, but just trust the captain. It is just the same when we are turning right and they are trusting me as the FO. All of a sudden, midway through the turn I look down at the moving ground where the nose light is crossing and am shocked to see what appeared to be dirt. It was dark, flat, red dirt. I started to say, "What the....?" and then the nose of the plane was back on pavement. The right mains stopped at lip of the asphalt momentarily, Randy gave it more power, and we were again taxiing. This all took just a few seconds. The bump onto the asphalt was less than the feeling of inadvertently driving over wheel chocks, frozen ice chucks, or drainage grates. Randy started taxiing again and I was baffled at what had just happened. After a few seconds I said, "Randy, what the crap was that!?" His response was, "Don't worry about it, call L.A. and get us a clearance." So I did. By the time I was done, we were at the end of the runway, and I was doing my FO routine of checklists, putting altitude in, frequency changes, talking to the flight attendant. We then took off. The flight was average and normal, with the one exception of that awkward elephant in the cockpit. Randy knew I was upset. We landed in Salt Lake parked at the remote "hardstand" parking. I did my post flight walkaround and sure enough there were dirt marks on the tires. They were mostly on the right mains (maybe 4-5") up the side wall. It was not slopped mud, but rather dirt stains like if you drove through a wet, red mud puddle. The deplaning happened quickly because there were only a few passengers. Randy shut the plane down and walked out and was towards the right nose area of the plane. I was towards the right mains. I pointed at the tires as I looked at him. He said, "forget about it, get on the bus." The bus was there and we got on.

Since this event, I've talked with Scott Carr, Mark Richards a few times, the FAA, and 2 separate group calls with several management/safety committee members. Besides this email, I have also submitted an IOR and an ASAP report. Although I am certainly not perfect, I am straight forward, have never been in the chief pilot's office in my 17 years at SkyWest, and don't want any problems. Shortly after being informed by the chief pilot's office to fill out an IOR, Randy called and texted numerous times trying to convince me of how I should word it. I eventually ignored him. A couple days later Mark Richards advised me not to talk with him again and I haven't communicated with him since. He has had 1 buddy (who I never talk with outside of work) call me to get intel on what I may or may not be telling SkyWest. I am relying fully on the confidentiality of those I have shared this forthright information to.

Cause of this event: Several things- 1) Very poor to no overhead flood lighting in the area just to the north of the plane. 2) No edge lighting 3) Rampers angling plane towards left and not pushing aircraft back far enough 4) Lack of adequate pavement near plane to make a safe left-hand turn out. In the pictures I have there is an additional set of similar tire tracks in the same area indicating this may have happened to another flight as well. 5) Overly aggressive taxi turnout by captain without looking first.

Was this written up as a maintenance discrepancy? I don't know if it ever was. The FAA gentleman I spoke with said he didn't show any write up documents, but I'm not sure if he meant from just the captain or the company or both.

**EXHIBIT G**

St. George Taxi Event

Did Randy know he went on dirt? Though he never admitted it, he undoubtedly knew. His eyes work the same as mine. I believe he was too embarrassed in front of me and the rampers to stop the plane and assess the situation after it happened, but chose to act like it never happened.

Why was I not more assertive towards Randy the moment this happened? This event happened very unexpectedly and after I brought it up to him and he brushed me off, I continued with normal FO tasks and concentrated on my normal SOP routine instead of what had just happened. I could have been more assertive. Even with many hours of 20/20 hindsight vision I don't think I could have said anything to convince Randy to go back to the gate. We would have run out of gas first. If you know Randy, he is always right, there is no sensible negotiating, and it's his way or the highway. I have often thought he would make the perfect courtroom defense attorney: speaking with such convincing confidence while the jury knows he's full of horseshit.

What is my relationship with Randy? I get along with Randy. Everybody likes Randy...a little bit. I am by no means his friend, but merely a friendly co-worker to him. I have hunted my entire life and we often talk hunting in the flight deck. He got his first elk tag of his life this year and after his first day hunting was giving me advice on hunting tactics. Ha! I told him to send me pictures when he got one. After a week into his hunt he asked me to come help with finding an elk. I don't need to be told how to do something from him outside of work so I didn't go. He never got one.

What is my flight deck relationship with Randy? It's me tolerating mostly, but I am nice to him. I do 90% of the work and preflight preparations while he tells me to do the remaining 10%. He is demanding and takes full advantage of my experience and willingness to work. He can be a cockpit bully. I often complain to my wife that I do all the work and he gets all the pay. Other fellow FOs vent to me about similar experiences.

In the end we can all learn from this. I can improve the way I handle similar situations, Randy can learn not to be so bull headed in his ways, and to avoid this in the future, we could shift the parking spaces down a bit in St. George or add more lighting and pavement to that area.