**EXHIBIT H**

# Review Board Hearing

Randy Chappell

Oct. 15, 2020

**EXHIBIT H**

# Summary

- On Jun. 16, 2020 a review board for CA Chappell was held. The panel recommended reinstatement of CA Chappell.
- On Jun. 17, 2020 a review board for FO Reber was held. The panel recommended reinstatement of FO Reber.
- On Jun. 17, 2020 Employee Relations received a report from panel members who expressed feelings of being duped by CA Chappell and questioned truthfulness of his testimony.
- An investigation of the report identified that Randy violated SP 150 and SP 3006.
- Termination of employment occurred to due these violations.

**EXHIBIT H**

# Timeline

- April 24, 2020 – Termination (Code 109-Violation of Policies)
- June 16, 2020 – Termination Appeal Hearing (Reinstated)
- June 17, 2020 – Complaint received
- Investigation of review board complaints
- August 5, 2020 – Termination (Code 109-Violation of Policies)

**EXHIBIT H**

# Chappell's Testimony to Review Board

- **08:50** – my statements and my IOR, and my statements to the FAA inspector were factual
- **12:26** – and later I have pictures, I have a picture, I found out, it was exactly what I suspected it was. It was a drainage grate that my right main rolled through and those drainage grates are graded to drain and there you know however, as big as this table I suspect um that's what kinda stopped my momentum and that's what I powered out of and I've experienced that on concrete ramps, asphalt ramps many many times in my career. I didn't think much about it. Don't know, can't recall exactly specifically what was said regarding that feeling, but um it was ah, we, we didn't think we had done anything, we had you know, we didn't think anything was abnormal at that time

# Glassey Testimony of Review Board

- **28:46** – We were unaware that the aircraft was not on the tarmac (read from the IOR)

- **44:00** – However the other pilot, the FO indicated that he was under the impression that both crewmembers were immediately aware the aircraft had left the paved surface area. It was also indicated that there was minimal discussion and a clear and conscious decision that was made by the captain to continue the operation from the unpaved surface area to runway 01 for takeoff. (read from Safety report)

**EXHIBIT H**

# Panel Question to Chappell

- **27:15 –** Q: Randy I'd like to get your opinion on the investigation findings that state: "the FO indicated that he was under the impression that both crewmembers were immediately aware the aircraft had left the paved surface area. What would give him that impression? Did he say anything?
- **27:30 –** A: No, that's the thing, I think he clearly states there it was his impression, it wasn't articulated

**EXHIBIT H**

# Reber Testimony of Review Board

- **32:00 –** I knew this wasn't life threatening, but I also knew it wasn't a good thing either. So before leaving the ramp area in front of the SGU terminal building, I brought this issue to the Captain's attention as he continued to taxi. I wanted to discuss it and said to him "what the crap was that? You just taxied us on to dirt." He immediately dismissed my attempt at discussing or resolving what had just happened and responded with "Don't worry about it, get a clearance from LA" I didn't want to get into an argument with him, since from previous flights and interactions over the years with this particular pilot, I knew he couldn't be convinced.

**EXHIBIT H**

# Reber Testimony of Review Board

- **42:54 –** The captain did not acknowledge my statement, or discuss the potential issue I presented to him. Seeing his unresponsiveness to what I was telling him, I walked back to the right main tires again to show him – here's me walking back – to show him, so he could see for himself but he did not follow me. Standing at the right main tires behind the wing, and with the captain still standing near the nose with the flight attendant, I looked the captain in the eyes and pointed to the tires. He responded with a dismissing, "forget about it, get on the bus"
- **1:35:02** – let me finish one thing with that. I know for a fact he knew because the moment this became a concern, he was texting and calling me non-stop to instruct me on how to write the IOR

**EXHIBIT H**

# Reber Testimony of Review Board

- **1:36:21** – Specifically bring it to his attention, I even thought I was being assertive at the time, uh, this particular captain you have to be extra assertive. I know him well enough that I thought I was being bold  by saying “what the crap, you just went off into dirt”, and we’ve flown together enough that he knows he can brush me aside and divert my attention, “go get a clearance from LA”

EXHIBIT H

# Conclusion

- Upon review of all available evidence, including the Review Board recordings, ER concluded that Mr. Chappell violated SP150 and 3006 by providing false and misleading testimony, which subverted the mission of the Review Board and merits termination.