# EXHIBIT I

11:09

< Sent [External] Re: Review...

Your SkyWest employment was terminated in April 2020 for failing to inspect your aircraft after a runway excursion in SGU on March 24, 2020. A SkyWest Review Board heard your appeal on June 16, 2020 and was unanimously convinced you did not know your aircraft entered the muddy field in SGU and therefore you did not fail in your responsibility to stop and inspect the aircraft

# EXHIBIT I

11:09

< Sent [External] Re: Review...

and inspect the aircraft for damage. The Board voted to reinstate your employment on June 16. The following day the same Review Board heard the F/O's termination appeal. The Review Board again unanimously voted to overturn the termination. However, some panel members complained that after receiving additional information and testimony, they felt misled by your

# EXHIBIT I

11:09

< Sent [External] Re: Review...

misled by your statements the previous day and would have voted differently.

These complaints led to an investigation into whether you violated SP150 and SP3006 by providing inaccurate information to the Review Board. These policies provide, in part: "Obstructing or undermining investigations, withholding or destroying information, including failing to report a violation, or

# EXHIBIT I

11:10

< Sent [External] Re: Review...

report a violation, or providing misleading information are violations of [SP150]." And "Pilots will submit only true and accurate information on all Company records and reports . . . pilots may not coerce others within any work related circumstances . . . pilots are required to promptly report work related irregularities." SP3006.

Upon review of all available evidence, including the Review

# EXHIBIT I

11:10

< Sent [External] Re: Review...

Upon review of all available evidence, including the Review Board recordings, we conclude that you violated SP150 and 3006 by providing false and misleading testimony, which subverted the mission of the Review Board and merits termination. You have 5 days to appeal this determination. (see SP 75 and SP 3025 – attached)

A copy of your termination is also