**EXHIBIT J**

Mark A. Nickel (SBN: 14082)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com

*Attorney for SkyWest Airlines, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| RANDY T. CHAPPELL,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | **DEFENDANT'S FIRST SUPPELEMENTAL RESPONSES TO PLAINTIFF'S INITIAL INTERROGATORY REQUESTS**<br><br>Case No. 4:21-cv-00083-DN<br><br>Judge: David Nuffer |

Defendant, SkyWest Airlines, Inc. ("SkyWest") provides the following supplemental responses to Plaintiff's Initial Interrogatory Requests pursuant to Fed. R. Civ. P. 26(e)(1)(A).

**SUPPLEMENTAL RESPONSES**

**REQUEST NO. 1:** Identify the names, physical addresses, phone numbers, and email addresses of the following current or former employees of SkyWest:

a) Tony Fizer;

b) Troy Brewer;

c) Don Douglas;

d) The members of the Ground Crew who were involved in the Occurrence;

**EXHIBIT J**

e) The members of the Review Board;

f) Any individuals at Delta Air Lines Inc. who You notified and/or discussed the Occurrence; and

g) Any other individuals who provided information to the Review Board concerning the Occurrence.

**SUPPLEMENTAL RESPONSE:** Defendant further objects to the extent that Plaintiff seeks contact information for current management-level employees of SkyWest, as such employees are agents of SkyWest and fall within this law firm's representation of SkyWest. Defendant also objects to the extent that Plaintiff seeks contact information for former management-level employees of SkyWest, as SkyWest claims attorney-client privilege with such employees. Finally, SkyWest objects that Plaintiff's request for email addresses is too invasive, unnecessary, and disproportionate to the needs of the case.

Notwithstanding SkyWest's objections, SkyWest provides the following contact information for non-management level employees:

(d) members of the Ground Crew who were involved in the Occurrence:

i. Delta Brennen-Sweeney, 54 Sweebee Lane, Columbia Falls, MT 59912; phone: 406-871-0007.

ii. Pete Ampudia, 124 Birch Dr., Kalispell, MT 59901; phone: 406-210-2788.

iii. Denise Draper, 1730 Stonebridge Dr., #44, St. George, UT 84770; no phone.

iv. Carl Harmon, 140 W. 4200 S. Washington, UT 84780; phone: 435-619-4984.

**REQUEST NO. 3:** Identify Your employees who investigate "incidents," "occurrences" and "accidents," as defined and described in 49 CFR Part 830, a copy of which is located at https://www.ecfr.gov/current/title-49/subtitle-B/chapter-VIII/part-830.

**EXHIBIT J**

**SUPPLEMENTAL RESPONSE:** SkyWest further objects that this Interrogatory is overly broad, seeks information that is irrelevant and unimportant in resolving the issues, and is not proportional to the needs of the case. In particular, Plaintiff is not alleging that an "accident" occurred. Further, this Interrogatory is unlimited in time, it is not geographically limited, and it is not limited to those individuals who investigated the Occurrence at issue, rendering it disproportional to the needs of the case for these independent reasons.

Notwithstanding the above, SkyWest states that the Safety Department consists of approximately thirty-four (34) employees in different locations, and the current Director of the Safety Department is Jeremy Barclay. Mr. Barclay may be contacted through Mark A. Nickel, Gordon Rees Scully Mansukhani, LLP, 15 W South Temple, Salt Lake City, Utah 84101; (801) 204-9990.

**REQUEST NO. 4:** Describe the date, time, place and individuals involved in any communications (including but not limited to electronic communications) between You and any other individual regarding the testimony presented to the Review Board with respect to the Occurrence.

**SUPPLEMENTAL RESPONSE:** SkyWest further objects that this Interrogatory is disproportional to the needs of the case, given Plaintiff's relative access to the information requested, to the extent he has such communications in his possession.

Notwithstanding, pursuant to Fed. R. Civ. P. 33(d), SkyWest further refers to hearing transcripts being produced herewith at SkyWest00982—SkyWest001094.

**REQUEST NO. 9:** Describe Your relationship with the ground crew that was in charge of the flight referenced in ¶28 of the Complaint.

**SUPPLEMENTAL RESPONSE:** SkyWest further objects to the extent that this Interrogatory

**EXHIBIT J**

characterizes the ground crew as being in charge of a flight.

Notwithstanding the above, SkyWest states that the members of the ground crew at issue – Delta Brennan-Sweeney, Pete Ampudia, Denise Draper, Carl Harmon, and Margie Vaquera – are all current employees with the exception of Pete Ampudia, who is a former employee.

**REQUEST NO. 10:** Identify any other pilots who You terminated, within the last ten (10) years, the reasons that You claim that You terminated the Plaintiff.

**SUPPLEMENTAL RESPONSE:** SkyWest further objects that this Interrogatory is overbroad in time, as ten (10) years is disproportional to the needs of the case.

Notwithstanding, SkyWest also refers to bates numbers SkyWest00107—SkyWest00122, which identifies other terminations for "Violation of Policies." SkyWest reiterates, however, that no other pilot's employment has been terminated for the same specific reasons that Plaintiff's employment was terminated.

**REQUEST NO. 12:** Describe the date, time, place and individuals involved in any communications (including but not limited to electronic communications) between You and any other individual regarding Justin Reber's testimony before the Review Board with respect to the Occurrence.

**SUPPLEMENTAL RESPONSE:** SkyWest further objects that this Interrogatory is disproportional to the needs of the case, given Plaintiff's relative access to the information requested, to the extent he has such communications in his possession.

Notwithstanding, pursuant to Fed. R. Civ. P. 33(d), SkyWest further refers to hearing transcripts being produced herewith at SkyWest00982—SkyWest1094.

DATED this 26th day of May, 2022.

**EXHIBIT J**

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

/s/ *Mark A. Nickel*
Mark A. Nickel, Esq.
15 W. South Temple
Salt Lake City, Utah 84101
Tel: (801) 204-9990
Email: mnickel@grsm.com

Ann C. Purvis, Esq.
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Tel: (303) 534-5160
Email: apurvis@grsm.com

*Attorneys for Defendant, SkyWest Airlines, Inc.*

**EXHIBIT J**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of May 2022, a true copy of the above and foregoing **DEFENDANT'S FIRST SUPPELEMENTAL RESPONSES TO PLAINTIFF'S INITIAL INTERROGATORY REQUESTS** was electronically served by email to all counsel of record:

Andrew W. Stavros (8615)
STAVROS LAW P.C.
8915 South 700 East, Suite 202
Sandy, Utah 84070
Tel: (801) 758-7604
Email: andy@stavroslaw.com

Patrick M. Jones (admitted *Pro Hac Vice*)
Sarah M. Beaujour
**PMJ PLLC**
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
sb@pmjpllc.com

*Attorneys for Plaintiff, Randy Chappell*

*/s/ Amelia Arocha Parra*
For Gordon Rees Scully Mansukhani, LLP