**EXHIBIT K**



| SP # | Standard Practice Title | Rev # | Rev Date |
|---|---|---|---|
| 50 | List of Effective Standard Practices | 23 | 04 OCT 21 |
| | | | |
| 51 | Nature of Employment | Original | 03 JUL 18 |
| 52 | Equal Employment Opportunity | Original | 03 JUL 18 |
| 53 | Productive Work Environment | 01 | 21 JAN 20 |
| 54 | Hiring | 02 | 29 OCT 19 |
| 55 | Job Postings | 01 | 29 OCT 19 |
| 56 | Employment Standards and Eligibility | Original | 03 JUL 18 |
| 57 | Employment Classifications | Original | 03 JUL 18 |
| 58 | Employment of Immediate Family | Original | 03 JUL 18 |
| 59 | Internship Program | DELETED | 03 JUL 18 |
| 60 | Probationary Period | Original | 06 MAR 18 |
| 61 | Orientation / Employment Centers | DELETED | 03 JUL 18 |
| 62 | Meal and Rest Periods | Original | 06 MAR 18 |
| 63 | Payroll | Original | 06 MAR 18 |
| 64 | Seniority | Original | 06 MAR 18 |
| 65 | Moving Expense Reimbursement (MER) | Original | 27 FEB 18 |
| 66 | Relocation Incentive | Original | 06 MAR 18 |
| 67 | Personnel Files | Original | 28 AUG 18 |
| 68 | Business Travel | 02 | 11 MAR 20 |
| 69 | Leave of Absence (LOA) | 11 | 04 OCT 21 |
| 70 | On-the-Job Injuries | 02 | 20 SEP 19 |
| 71 | Outside Employment | Original | 03 JUL 18 |
| 72 | Reduction In Force (RIF) | Original | 03 JUL 18 |
| 73 | Corrective Action | Original | 06 MAR 18 |
| 74 | Employment Separation | 01 | 14 JAN 20 |
| 75 | Termination Appeals Procedure | 01 | 31 JUL 18 |
| 76 | Emergency Response Teams | 01 | 17 MAR 21 |
| **Compensation and Benefits** | | | |
| 100 | Total Rewards | Original | 03 JUL 18 |
| 101 | Benefits Disclosure | Original | 03 JUL 18 |
| 102 | Pay Scale Information | 03 | 01 DEC 20 |
| 103 | Compensated Time Off | 04 | 01 MAY 21 |
| 104 | SkyWest Airlines Retiree Privileges | 01 | 20 SEP 19 |

**EXHIBIT K**



| Conduct | | | |
|---|---|---|---|
| 150 | Code of Conduct | 05 | 07 JUL 21 |
| 151 | Safety Management | Original | 25 JAN 19 |
| 152 | Fitness for Duty | Original | 22 MAR 18 |
| 153 | Drug and Alcohol Testing Program | Original | 22 MAR 18 |
| 154 | Workplace Violence and Weapons | Original | 05 SEP 18 |
| 155 | Personal Appearance of Employees | Original | 05 SEP 18 |
| 156 | Use of Company Facilities | 01 | 28 AUG 18 |
| 157 | Company Property | 01 | 26 OCT 18 |
| 158 | Corporate Disclosure Policy | Original | 04 APR 18 |
| 159 | Media and Public Relations | 02 | 14 MAY 21 |
| 160 | Company Identity and Logo Usage | 01 | 10 NOV 20 |

**EXHIBIT K**



**PARAGRAPH** **PAGE**
**1. Policy .......... SP-51.1**

## 1. Policy

A. Employment with SkyWest Airlines is voluntarily entered into and the employee is free to resign at will at any time, with or without cause. Similarly, the employer may terminate the employment relationship at will at any time, with or without cause.

B. Policies set forth in the SkyWest Airlines Company Policy and the SkyWest Airlines Employee Handbook are not intended to create a contract, nor are they to be construed to constitute contractual obligations of any kind or a contract of employment between the employer and any of its employees. The provisions of the policy and handbook have been developed at the discretion of management and may be amended or cancelled at any time at the organization's sole discretion.

C. These provisions supersede all existing policies and practices and may not be amended or added to without the express written approval of the President of the Company.