EXHIBIT L

SkyWest AIRLINES®

# Pilot Policy Manual

**REVISION 09**

**07 AUG 19**

**EXHIBIT L**

**INTENTIONALLY LEFT BLANK**

# Record of Revisions

| Revision Number | Revision Date | Effective Date |
|---|---|---|
| Original | 10 FEB 11 | 10 FEB 11 |
| 01 | 06 MAY 11 | 06 MAY 11 |
| 02 | 15 MAR 12 | 15 MAR 12 |
| 03 | 01 APR 13 | 01 APR 13 |
| 04 | 01 APR 14 | 01 APR 14 |
| 05 | 31 JAN 15 | 31 JAN 15 |
| 06 | 01 OCT 15 | 01 OCT 15 |
| 07 | 01 NOV 16 | 01 NOV 16 |
| 08 | 12 FEB 18 | 12 FEB 18 |
| 09 | 07 AUG 19 | 07 AUG 19 |

INTENTIONALLY LEFT BLANK

EXHIBIT L



# List of Effective Standard Practices

*Record of Revisions*

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| ROR | 09 | 07 AUG 19 | 1-2 |

*List of Effective Standard Practices*

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| LESP | 09 | 07 AUG 19 | 1-2 |

*Table of Contents*

| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| TOC | 09 | 07 AUG 19 | 1-2 |

| Standard Practice | Rev # | Rev Date | Pages |
|---|---|---|---|
| SP 3003 | 09 | 07 AUG 19 | 1-2 |
| SP 3005 | 09 | 07 AUG 19 | 1-16 |
| SP 3006 | 08 | 12 FEB 18 | 1-10 |
| SP 3007 | 06 | 01 OCT 15 | 1-10 |
| SP 3008 | 09 | 07 AUG 19 | 1-24 |
| SP 3009 | 09 | 07 AUG 19 | 1-8 |
| SP 3010 | 04 | 01 APR 14 | 1-2 |
| SP 3011 | 09 | 07 AUG 19 | 1-6 |
| SP 3012 | 06 | 01 OCT 15 | 1-2 |
| SP 3013 | 08 | 12 FEB 18 | 1-6 |
| SP 3014 | 05 | 31 JAN 15 | 1-2 |
| SP 3015 | 09 | 07 AUG 19 | 1-8 |
| SP 3016 | 05 | 31 JAN 15 | 1-2 |
| SP 3017 | 09 | 07 AUG 19 | 1-26 |
| SP 3018 | 09 | 07 AUG 19 | 1-16 |
| SP 3019 | Original | 10 FEB 11 | 1-2 |
| SP 3020 | 01 | 06 MAY 11 | 1-2 |
| SP 3021 | 09 | 07 AUG 19 | 1-4 |
| SP 3022 | 01 | 06 MAY 11 | 1-2 |
| SP 3023 | 08 | 12 FEB 18 | 1-6 |
| SP 3024 | 06 | 01 OCT 15 | 1-6 |
| SP 3025 | 01 | 06 MAY 11 | 1-4 |
| SP 3026 | 09 | 07 AUG 19 | 1-6 |
| SP 3027 | 09 | 07 AUG 19 | 1-6 |
| SP 3028 | 05 | 31 JAN 15 | 1-2 |
| SP 3029 | Original | 10 FEB 11 | 1-2 |
| SP 3030 | 04 | 01 APR 14 | 1-2 |
| SP 3031 | Original | 10 FEB 11 | 1-2 |
| SP 3032 | 09 | 07 AUG 19 | 1-2 |
| SP 3033 | Original | 10 FEB 11 | 1-2 |
| SP 3034 | 08 | 12 FEB 18 | 1-4 |



SkyWest00127

***Index of Topics***



| Section | Rev # | Rev Date | Pages |
|---|---|---|---|
| Index | 08 | 12 FEB 18 | 1-6 |

**EXHIBIT L**



# Table of Contents

Record of Revisions ..... ROR–1
List of Effective Standard Practices ..... LESP–1
Table of Contents ..... TOC–1
Letter of Agreement ..... 3003.1
Definitions ..... 3005.1
Personnel Files, Rules of Conduct, and Pilot Reliability ..... 3006.1
Pilot Personal Appearance, Grooming, and Uniforms ..... 3007.1
Compensation ..... 3008.1
Expenses ..... 3009.1
Deadheading ..... 3010.1
Vacation Time ..... 3011.1
User Time ..... 3012.1
Leave of Absences, On-the-Job Injuries, and Workers' Compensation ..... 3013.1
Pilot Physical Standards and Examination ..... 3014.1
Training ..... 3015.1
Hours of Service ..... 3016.1
Scheduling ..... 3017.1
Reserve ..... 3018.1
Transferring to Non-Flying or Supervisory Duty ..... 3019.1
Miscellaneous Flying ..... 3020.1
Seniority ..... 3021.1
Reduction of Positions at a Domicile / Furlough and Recall ..... 3022.1
Filling of Vacancies and Training Freezes ..... 3023.1
Corrective Action and Employment Separation ..... 3024.1
Pilot Appeals Procedure and Policy Interpretation Complaints ..... 3025.1
Jumpseat ..... 3026.1
SkyWest Airlines Pilot Compensation ..... 3027.1
Historical Block-to-Block Times ..... 3028.1
Reserved ..... 3029.1
Reserved ..... 3030.1
Letter of Instruction ..... 3031.1
Agreement for Performance ..... 3032.1
Counseling Statement ..... 3033.1
HIMS Program ..... 3034.1
Index of Topics ..... Index–1

Flight Operations SkedPlus+ User's Guide

**INTENTIONALLY LEFT BLANK**

**EXHIBIT L**



SkyWest AIRLINES

**Letter of Agreement between SkyWest Airlines, Inc.**
**and the SkyWest Airlines Pilot Association**

The following is an agreement between SkyWest Airlines and its pilots regarding the policies and procedures of SkyWest's Flight Operations Department.

General:

A. This Agreement covers all standard practices included in this Pilot Policy Manual and the Flight Operations SkedPlus+ User's Guide.

B. SkyWest Airlines, Inc. and the SkyWest Airlines Pilot Association agree to abide by the policies and procedures contained herein.

C. This Policy Manual will remain in effect indefinitely. Changes to the policies and procedures, including pay scales and per diem, can be made at any time, but only after a written revision approved and signed by all affected parties.

D. The Employee Incentive Plan contained within the Company Policy Manual will apply to pilots.

E. No policy within this manual shall remain in effect if it is discovered to be in violation of law. Other than the specific policies set forth in this manual, the Company retains authority to manage and direct its pilots, including creating or revoking Company Policy. Should any conflict arise between Company Policy and pilot policy, this Pilot Policy Manual shall control.

| | |
|---|---|
| Michael Thompson<br>Chief Operating Officer, SkyWest Airlines | 07/12/19<br>Date |
| Tracy T. Gallo<br>Vice President Flight Operations, SkyWest Airlines | 06/04/19<br>Date |
| Aric Arnold<br>President of SkyWest Airlines Pilot Association (SAPA) | 04/29/19<br>Date |

*444 South River Road*
*St. George, Utah 84790*
*435.634.3700*
*www.skywest.com*

EXHIBIT L




| Paragraph | Page |
|---|---|
| 1. Personnel Files and Passport Documents | 3006.1 |
| 2. Pilot Rules of Conduct | 3006.2 |
| 3. Pilot Reliability Program | 3006.6 |
| 4. Sick Calls | 3006.6 |
| 5. Scheduled Assignment Deviation (SAD) | 3006.8 |
| 6. Fatigue Calls | 3006.9 |


## 1. Personnel Files and Passport Documents

A. An official personnel file will be maintained and held at SkyWest Airlines Corporate Headquarters located in St. George, Utah for each pilot and will:

1) Contain all records and progress reports, evaluations, and other reports and records involving the pilot's employment relationship with the Company. Due to the requirements outlined by the FAA, documents may not be removed from this file at any time.

2) Be made available at his/her request for inspection, with his/her chief pilot or his/her designee during normal office hours.

3) Be made available during his/her exit interview when requested by the pilot. The request for inspection should be made at least five days prior to the pilot scheduled exit interview.

B. Passport Documents

1) Pilots are required to maintain passport currency.

2) A pilot will be allowed a period of up to six weeks for the passport renewal process.

a) Pilots are required to notify the Company within 72 hours of submitting his/her passport for renewal on SkyWest Online > Operations > Passport Renewal Notification.

b) In the event a lineholder pilot bid avoids all international pairings and is still assigned any international flying, that pilot will be removed and the Company will have the following options:

(1) Reflow or reassign the pilot to alternate flying provided the original pairing footprint is not extended.

(2) Be assigned short call reserve for the original duty times of any flying removed from their schedule.

(3) Be released from duty and not reassigned.

c) Pilots will be pay protected for any international flying removed which meets the requirements of 1.B.2)b) above.

d) The Company will provide a hotel room in domicile if a pilot is required to overnight in their domicile as a result of reflow/reassignment or reserve assignment (within the original pairing footprint).

e) Reserve pilots will not be required to accept international assignments during this renewal period, nor will they be penalized for being unable to accept them provided they have met the notification requirements listed above.

f) Pilots are required to immediately notify the Company when their passport is current.

## 2. Pilot Rules of Conduct

A. All rules of conduct and any Flight Operations information bulletins issued which supersede these rules are to be adhered to at all times. Failure to comply could lead to disciplinary action being taken as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation. Pilots will report directly to his/her chief pilot/assistant chief pilot.

B. The following are the minimum expectations and rules of conduct which all pilots are required to observe at all times:

1) Pilots owe their entire professional services to the Company. Any flying outside of the Company, which is regulated by 14 CFR Part 119, is prohibited. This includes Parts 121, 125, and 135; Part 91K is also prohibited. Flying under Parts 61, 91, 141, and 142 is allowed, provided that the pilot understands and complies with their responsibility under Part 117 Section 5 *Fitness for duty*. If a pilot chooses to engage in outside flying, they can do so as long as it does not conflict with any FAR and it does not conflict with, prevent, or limit the Company's utilization of the pilot.

2) Pilots will maintain proper flight deck and traffic vigilance, discipline, and collision avoidance at all times. Laxity in the flight deck, inattention to duty, or unprofessional conduct will not be tolerated.

3) Pilots will use checklists and follow Company policies and procedures at all times.

4) Pilots shall report any violation of FARs directly to his/her chief/assistant chief pilot and/or Director of Flight Operations.

5) Pilots are not allowed to carry firearms on any Company aircraft except with written permission from the Vice President of Flight Operations. They shall carry a copy of the permission at all times when carrying firearms while on duty.

6) Alcoholic beverages shall not be consumed by any pilot in the eight hours prior to any assigned duty. No alcoholic beverages will be consumed on any airport premises or in any Company offices or terminals whether a pilot is on duty or not. The only exception to this rule would be in the case of an airport bar while a pilot is not on duty and not in uniform. A pilot shall not consume alcohol while in uniform or in any clothing which could identify him/her as a Company flight pilot.

7) Pilots will only perform duties required for safe operation of the aircraft during critical phases of flight. Non-safety items such as ordering galley supplies, confirming passenger connections, promoting the air carrier, pointing out sights of interest, eating meals, reading publications not related to the proper conduct of the flight, or nonessential conversation between pilots will not be performed during critical phases of flight. Critical phases of flight include all ground operations involving taxi, takeoff, landing and flight below 10,000 feet, except cruise flight.

8) Smoking will not be permitted in or on Company aircraft, ramp areas, or near any aircraft at any time. Smoking is not permitted while conducting business with passengers.

9) Pilots must have a thorough knowledge of all regulations, standard operating procedures, and Company policies. Each pilot will be subject to examinations by Company check airmen at any time to determine such knowledge.

10) When any question arises which is not covered by Company provided manuals or bulletins, pilots shall communicate with his/her chief pilot/assistant chief pilot.

11) Pilots shall keep Crew Support informed of his/her current telephone number and Payroll informed of his/her current address.

12) Pilots shall cooperate fully with other members/employees of the Flight Operations Department and other departments within the Company, as well as other agencies and businesses the Company does business with.

13) Pilots will be courteous and professional at all times. Rude and abusive language and/or behavior will not be tolerated.

14) All pilots will report fit for duty. In order to ensure that each pilot is fit for duty, the following must be adhered to:

    a) As a general policy, pilots should avoid drugs when flying. Pilots will clear all use of medication with his/her chief pilot or an aviation medical examiner. The use of any non-prescribed drugs, including all medications prohibited by FAA for use while flying or the use of any unlawful agent or drug, is considered cause for immediate dismissal.

    b) It is recommended that pilots not give blood unless it is absolutely necessary. A pilot may return to work 72 hours after giving blood provided that after donation a physician must perform a hematocrit test to determine that the pilot's blood is no less than three percent lower than his/her hematocrit prior to donation. This test need not be accomplished if 14 days has elapsed since donation.

    c) To avoid decompression sickness, pilots will not begin a flight within 24 hours of the end of scuba diving.

15) When a pilot becomes ill and is unable to perform his/her normal duties, Crew Support or Flight Control shall be notified as soon as possible by that pilot. This notification shall include the nature of the illness and the length of time expected to be off duty. If, for any reason, the length of time must be exceeded, the Company shall be notified immediately.

16) Pilots will not release any information, regardless of intent, to the press or news media. All requests for information will be directed to the Vice President Flight Operations or other authorized Company personnel.

17) Pilots shall not discriminate against fellow employees or passengers because of age, gender, race, color, or creed.

18) Pilots are expected to follow direct (legal) orders given by a member of management or other person in authority. Full cooperation is necessary, when asked, to provide information to the Company in an investigation.

19) Pilots may not restrict work output or encourage others to do so.

20) Pilots may not make or publish false, vicious, or malicious statements concerning any employee, management representative of the Company, or which has the potential to adversely affect the Company's relationship with customers, suppliers, employees, or the public.

21) Pilots may not possess, use, sell, or distribute any medically unauthorized or illegal drugs while employed with the Company or on Company property.

22) Unauthorized, attempted possession, or removal of any Company property including records, private information, property of employees, property of customers or others with whom the Company does business will not be tolerated.

23) Pilots may not abuse or misuse any travel benefits (free, reduced rate, or while on Company business) and/or obtain or conspire to obtain travel benefits for which the pilot is not entitled or for individuals who are not entitled.

24) Pilots will be held responsible for any misconduct of employees/relatives and or persons traveling on a buddy pass while traveling or attempting to travel on a pass or reduced fare ticket on Company flights or any other carrier.

25) Pilots will submit only true and accurate information on all Company records and reports.

26) Pilots may not transport, attempt to transport, or allow to be transported, unauthorized individuals, or prohibited or illegal articles on which appropriate charges, taxes or duty have not been paid.

27) Pilots may not deliberately destroy, deface, misplace, or damage any Company property, the property of others, or property for which the Company bears responsibility.

28) Pilots may not misuse or permit others to misuse Company computer equipment, including computer terminals, printers, and related support equipment, whether it is the Company's property or other property for which the Company bears responsibility. The misuse, destruction, distortion of information, data, or instruction codes will not be tolerated.

29) Pilots may not fight, provoke a fight, threaten, coerce, intimidate, or assault others while on Company property, and/or within any other work related circumstances.

30) Pilots may not gamble on Company property.

31) Improper or negligent behavior while on Company property and/or in other work related circumstances will not be allowed.

32) Unauthorized absence from work and/or repeated failure to properly notify the Company of any absence will not be tolerated.

33) Pilots shall not involve the Company in the pilot's personal financial affairs.

34) Pilots shall not chew gum while in uniform in view of passengers or the public.

35) Sleeping or giving the appearance of sleeping while on duty and/or in public view, except when deadheading, will not be tolerated.

36) Pilots are expected to comply with security regulations and cooperate fully with security personnel.

37) Pilots are expected to promptly report work related accidents, irregularities, incidents, injuries, or property damage.

38) Pilots may not use or operate any Company equipment without authorization.

39) Unauthorized posting, removal of notices, signs, or writing in any form on Company property is prohibited.

40) Pilots must comply with appearance standards and uniform regulations.

41) Pilots are expected to follow the proper chain of command to resolve problems.

42) Pilots may not solicit, request, or act in a manner which suggests the soliciting or requesting of tips.

43) Intervention of family or friends in the working relationship of the Company and its pilots will not be tolerated.

44) Falsely filing claims of occupational injury, other sick leave, Workers' Compensation benefits, or furnishing false information regarding absence will not be tolerated.

45) Pilots may not make inappropriate requests and phone calls to Crew Support and/or Flight Control.

46) Conversation with passengers and fellow employees while on duty and in uniform, or on Company property will be restricted as follows:

    a) Avoid arguments.

    b) Be as modest as possible.

    c) Avoid flippancy both in manner and remarks.

    d) Do not boss or appear to give orders except as duty requires.

    e) Endeavor to find answers to questions you do not know.

    f) Avoid discussions of politics, religion, racial or risqué subjects.

    g) Always try to face the passenger/employee.

    h) Be a good listener; encourage the passenger/employee to talk about themselves.

    i) Explanations to passengers regarding any phase of operation should be presented in terminology which can be easily understood and is professional.

    j) In response to questions about your flight experience, avoid the thrilling and exceptional and keep the matter routine.

    k) Avoid loud laughter and greetings. Speak in pleasant and low-pitched tones. Be aware of your conversations and behavior on board the aircraft. Professionalism is required at all times.

    l) Keep current on events, but never be afraid to admit you do not know something.

    m) Never put the passenger/employee on the spot.

n) Never give passengers or friends the phone numbers of any Company employee or Flight Operations.

## 3. Pilot Reliability Program

A. Consistent reliability is expected of all Company pilots; therefore, it is the pilot's responsibility to be available at the report for duty time. The Flight Operations Department will monitor and record this reliability and each pilot's overall performance on an ongoing basis. While this program is designed to increase reliability and consistency with the goal of reducing flight delays and cancellations, it should also increase the awareness of the potential affect on a pilot's personnel records and employment status. Excessive occurrences and schedule assignment deviations (SAD) will result in disciplinary action being taken as outlined in Pilot Policy Manual SP 3024 Corrective Action and Employment Separation.

1) Attendance: Unnecessary and/or excessive occurrences from duty are considered failure to assume responsibility and are ultimately cause for termination. Should a pilot expect to be unavailable for any reason, the pilot must notify Crew Support as soon as possible. Failure to provide timely notification to the Crew Support department will result in disciplinary action. This notification does not absolve the pilot from his/her obligation to report for duty on time. The following policies will be adopted and followed:

a) Each pilot is expected to maintain good health and ensure availability to perform his/her duties.

b) Each absence/occurrence shall be judged on its own merits before any level of discipline is imposed (i.e., the Company will consider the existence of extenuating circumstances presented by the pilot).

c) Sick calls, missed pairings, and late reports will be monitored and recorded and will affect the individual pilot's reliability record.

d) Excused or unexcused absences constitute an occurrence. An occurrence is defined as an absence or illness despite length; e.g., one day for a cold or three consecutive days for a cold would constitute one occurrence. A medical release from a licensed physician outlining illness, treatment, and a return to duty date may be required.

e) When a pilot's absence lasts more than 14 days, the Director Flight Operations may convert the absence to a medical leave of absence as outlined in Pilot Policy Manual SP 3013 Leaves of Absences, On-the-Job Injuries, and Workers' Compensation. The absence shall not be counted as an occurrence for purposes of the reliability program.

## 4. Sick Calls

A. A pilot, when ill, is required to call in sick for each pairing or on-call reserve assignment, regardless of the pairings they may have been assigned. All pilots are required to personally call Crew Support.

B. When a pilot is sick for three or more consecutive days, the pilot must contact their chief pilot. A doctor's excuse may be required.

C. When a pilot becomes ill during a flight sequence and is unable to complete the pairing, the pilot shall notify Crew Support as soon as possible. Crew Support will make arrangements to return the pilot to their domicile.

D. Any pilot who is found to have falsified a sick leave claim, falsely claimed to be ill, or failed to return from sick leave or a leave of absence as soon as physically able to do so will be subject to immediate termination.

E. Returning to Flight Status

1) All pilots should return to flight status as soon as they are capable of resuming their flight duties and by contacting Crew Support.

2) The procedures are as follows when a pilot returns to duty:

a) If a reserve pilot has been assigned the pairing, the pilot will be allowed to pick up the remaining portion of the pairing. The pilot may only pick up the pairing at a SIP and is responsible to get themselves to the SIP. The pairing will be added to the returning pilot's schedule once they are in position at the SIP.

b) If another pilot has been junior-manned, is reflowed to cover the pairing, or the pairing does not touch a SIP, the original pilot will not be allowed to return to the pairing. Instead, the pilot has the following options:

(1) Crew Support may offer the pilot another pairing from Open Time, if available. (Overtime pay does not apply.)

(2) The pilot will be offered a 12-hour reserve availability period for each remaining duty day of the pairing. Crew Support will inform the pilot of the start and end times of the reserve availability period(s). The pilot may accept or decline. Upon mutual agreement, the pilot may accept a reserve availability period of less than 12 hours and will receive prorated credit (refer to Pilot Policy Manual SP 3008 Compensation (User Time Pay) for examples).

(3) The pilot may remain on sick status for the remainder of the pairing.

(4) Upon mutual agreement, Crew Support may release the pilot from further duty without pay so the pilot may pick up a pairing from another pilot. (Overtime pay does not apply.)

F. Each pilot who misses any part of a pairing due to illness will be paid in accordance with the provisions of Pilot Policy Manual SP 3008 Compensation.

## 5. Scheduled Assignment Deviation (SAD)

A. A scheduled assignment deviation shall occur when a pilot fails to report, or is late to report, to an assignment as published within his/her monthly bid schedule. When a pilot misses a portion of a pairing and a reserve pilot is called out, the original scheduled pilot may be required to resume the pairing if operational needs dictate. The pilot may resume the pairing regardless of any corrective action pending against that pilot for the previous missed flight segments. The following is a clarification of terms and meanings:

1) A missed flight assignment shall occur when:

a) A pilot fails to check in for a scheduled pairing.

b) A pilot checks in ten minutes late for a scheduled pairing and is prohibited from flying the scheduled pairing because a reserve pilot has been called out.

c) A pilot checks in but later misses the deadhead flight and/or shuttle, and consequently does not take the scheduled or rescheduled pairing.

d) A pilot checks in, but later misses the scheduled or rescheduled pairing.

e) A pilot calls in sick no sooner than 30 minutes before or after the required check-in time of the pairing.

f) A reserve pilot is unavailable during a scheduled reserve availability period when Crew Support attempts contact.

g) A reserve pilot declares themselves sick when contacted by Crew Support for a flight assignment.

h) A reserve pilot is on a short call availability period and fails to respond to Crew Support within ten minutes after being called or a reserve pilot is on a long call availability period and fails to respond to Crew Support within 60 minutes after being called.

i) A reserve pilot's telephone is busy for more than five minutes when Crew Support attempts contact.

j) Any pairing that cannot be completed because of a pilot not having all required flight equipment (unless the Company has not furnished the equipment).

k) A pilot fails to contact Crew Support during a mechanical, weather cancellation, or extended flow delay and leaves the premises.

l) A pilot fails to attend a scheduled day of ground school, and the absence has not been prearranged and approved by the Flight Operations Department.

m) A pilot fails to report for a scheduled appointment with his/her chief pilot.

n) A pilot works an unauthorized pairing or deviates from a scheduled pairing.

2) A late report shall occur when:

a) A pilot checks in for a pairing or after a layover more than ten minutes after the scheduled or rescheduled check-in time but is allowed to take the scheduled or rescheduled pairing.

b) A pilot reports late to the aircraft or designated show area and is allowed to take the pairing or a backup deadhead flight.

c) A pilot misses a scheduled or rescheduled hotel shuttle, but is allowed to take the scheduled or rescheduled pairing.

d) A pilot causes a delay of flight due to negligence and/or late report.

e) A pilot reporting late may remain on the scheduled pairing provided the reserve pilot can be contacted before reporting for the pairing, or if a flight delay would be incurred by waiting for the reserve pilot to report.

3) Each pilot who misses a pairing due to a SAD will be paid in accordance with the provision of Pilot Policy Manual SP 3008 Compensation.

## 6. Fatigue Calls

A. When a pilot is fatigued, they must contact Crew Support to inform them that they are "fatigued."

1) Crew Support will remove the pilot from duty and adjust the pilot's schedule accordingly to accommodate the needed rest period.

2) Crew Support will complete the Pilot Fatigue Call Report.

a) This report is used to establish a report time for the pilot's next assignment.

3) Upon completing the call, the pilot's flight status is "fatigued" and will be provided a rest period in lodging as outlined in Pilot Policy Manual SP 3009 Expenses.

4) A pilot that calls in fatigued is required to complete a Fatigue Report Form (FRF) online within 24 hours of the fatigue event or within 24 hours of the end of their trip sequence, whichever is longer.

B. Return to Flight Status

1) The pilot will contact Crew Support at or before their expected report time to receive or plan their next assignment only if it is not known at the conclusion of the Pilot Fatigue Call Report.

2) There will be no undue delay by the pilot or Crew Support to return the pilot to his/her original flight assignment. This is the highest priority.

a) If a junior-manned pilot is covering the original flight assignment or if Crew Support is not able to get that pilot back on his/her original flight assignment in a reasonable amount of time, Crew Support can re-flow that pilot as a secondary option. As a last option, Crew Support can assign reserve to the pilot. Reserve assignments for line holders will always be at the discretion of the pilot.

**EXHIBIT L**



b) If necessary, Crew Support will provide positive space travel to the pilot in order for them to return to their domicile, to reclaim their original flight assignment, to start a new flight assignment, or to start a reserve assignment.

C. Protection of Privacy

1) As to the protection of privacy methods protecting ALL reporting employees, SkyWest Airlines Corporate policy is that there will be no adverse actions that will be responsible for discouraging the reporting of fatigue-related events.

2) All Fatigue Steering Committee (FSC) reports will be de-identified before being sent to the Flight Leadership Team.

3) At no time will SkyWest, or any representative, use any information obtained from this Fatigue Risk Management Plan (FRMP) process to take any actions against any employee of SkyWest except in cases of willful non-compliance with or intentional disregard of regulations or Company procedures, or in the event a criminal act has been committed.

4) Fostering a non-punitive environment, reporting of any fatigue concerns is considered an act of responsibility and is in the interest of safety.