SkyWest AIRLINES®

# Pilot Policy Manual

**REVISION 09**

**07 AUG 19**

# Table of Contents

Record of Revisions ........ ROR–1
List of Effective Standard Practices ........ LESP–1
Table of Contents ........ TOC–1
Letter of Agreement ........ 3003.1
Definitions ........ 3005.1
Personnel Files, Rules of Conduct, and Pilot Reliability ........ 3006.1
Pilot Personal Appearance, Grooming, and Uniforms ........ 3007.1
Compensation ........ 3008.1
Expenses ........ 3009.1
Deadheading ........ 3010.1
Vacation Time ........ 3011.1
User Time ........ 3012.1
Leave of Absences, On-the-Job Injuries, and Workers' Compensation ........ 3013.1
Pilot Physical Standards and Examination ........ 3014.1
Training ........ 3015.1
Hours of Service ........ 3016.1
Scheduling ........ 3017.1
Reserve ........ 3018.1
Transferring to Non-Flying or Supervisory Duty ........ 3019.1
Miscellaneous Flying ........ 3020.1
Seniority ........ 3021.1
Reduction of Positions at a Domicile / Furlough and Recall ........ 3022.1
Filling of Vacancies and Training Freezes ........ 3023.1
Corrective Action and Employment Separation ........ 3024.1
Pilot Appeals Procedure and Policy Interpretation Complaints ........ 3025.1
Jumpseat ........ 3026.1
SkyWest Airlines Pilot Compensation ........ 3027.1
Historical Block-to-Block Times ........ 3028.1
Reserved ........ 3029.1
Reserved ........ 3030.1
Letter of Instruction ........ 3031.1
Agreement for Performance ........ 3032.1
Counseling Statement ........ 3033.1
HIMS Program ........ 3034.1
Index of Topics ........ Index–1

Flight Operations SkedPlus+ User's Guide

SkyWest AIRLINES®

## Letter of Agreement between SkyWest Airlines, Inc. and the SkyWest Airlines Pilot Association

The following is an agreement between SkyWest Airlines and its pilots regarding the policies and procedures of SkyWest's Flight Operations Department.

General:

A. This Agreement covers all standard practices included in this Pilot Policy Manual and the Flight Operations SkedPlus+ User's Guide.

B. SkyWest Airlines, Inc. and the SkyWest Airlines Pilot Association agree to abide by the policies and procedures contained herein.

C. This Policy Manual will remain in effect indefinitely. Changes to the policies and procedures, including pay scales and per diem, can be made at any time, but only after a written revision approved and signed by all affected parties.

D. The Employee Incentive Plan contained within the Company Policy Manual will apply to pilots.

E. No policy within this manual shall remain in effect if it is discovered to be in violation of law. Other than the specific policies set forth in this manual, the Company retains authority to manage and direct its pilots, including creating or revoking Company Policy. Should any conflict arise between Company Policy and pilot policy, this Pilot Policy Manual shall control.

[signature] 07/12/19

Michael Thompson — Date
Chief Operating Officer, SkyWest Airlines

[signature] 06/04/19

Tracy T. Gallo — Date
Vice President Flight Operations, SkyWest Airlines

[signature] 04/29/19

Aric Arnold — Date
President of SkyWest Airlines Pilot Association (SAPA)

*444 South River Road*
*St. George, Utah 84790*
*435.634.3700*
*www.skywest.com*

**Paragraph** **Page**

**1. Introduction ........ 3024.1**
**2. General ........ 3024.1**
**3. Categories of Inappropriate Behavior ........ 3024.1**
**4. Levels of Corrective Action ........ 3024.2**
**5. Extenuating Considerations/Individual Circumstances ........ 3024.4**
**6. Corrective Action Process ........ 3024.4**
**7. Management Reporting Procedures ........ 3024.5**
**8. Appeals ........ 3024.5**

## 1. Introduction

A. In order to ensure a fair and understandable corrective action policy, SkyWest Airlines has identified six basic categories of inappropriate behavior, five levels of corrective action, and a list of factors which might affect the chief pilot's decision-making process. This section is presented as an outline to be used by management and pilots, a tool to understand how appropriate corrective action should be determined for a particular behavior, and to describe the corrective action process.

## 2. General

A. The Company guarantees that each pilot will receive fair treatment and individual circumstances surrounding each event will be taken into consideration prior to assigning a level of corrective action. Only after careful consideration of the extenuating considerations and/or individual circumstances surrounding a behavior will the chief pilot assign an appropriate level of corrective action to a category of behavior.

B. Whenever a pilot is required to meet with any supervisor, he/she will have the option of having a SAPA representative available in person or by conference call within a timeframe that will not unduly delay the corrective action process.

C. The following defines the categories of inappropriate behavior, levels of corrective action, and the extenuating considerations and/or individual circumstances.

## 3. Categories of Inappropriate Behavior

A. The following descriptions are examples of infractions and undesirable performance or behaviors. These descriptions are provided as a guideline and do not necessarily identify or encompass all inappropriate behavior. In general terms, Category A would be considered the least severe and Categories D, E, and F the most severe.

1) Category A – Non-Safety of Flight/Personnel Matters

This conduct can be described as a failure to abide by Company policy and/or projection of the Company in a negative manner. Although this category is the least severe, additional infractions or failure to correct the identified behavior will be treated as a Category C behavior problem.

2) Category B – Non-Safety of Flight Conduct/Revenue Loss/Service Failures

This conduct can be described as a failure to perform duties which might lead to a delayed or canceled flight, potential or actual loss of revenue, or any adverse interaction between the pilot, customers, or other employees.

3) Category C – Repeated Infractions/Safety of Ground Operations

This conduct can be described as failure to correct any inappropriate behaviors. This category also includes all inappropriate conduct leading to the damage of aircraft, equipment, or other unsafe ground operations, such as high-speed surface movement, failure to utilize wing walkers, and/or actions which endanger the safety of ground personnel.

4) Category D – Safety of Flight Operations

This conduct may be described as any action that causes concern for passengers, crew, aircraft safety, or willful disregard for FARs and/or Company policies and procedures.

5) Category E – Insubordination

This conduct may be described as a disregard of authority or the failure to follow a direct legal order.

6) Category F – Harassment/Sexual Harassment

This conduct may be described as any unsolicited and/or unwanted behavior – either sexual or otherwise. This includes, but is not limited to, touching, language, gestures, or innuendos.

## 4. Levels of Corrective Action

A. The six levels of corrective action are:

1) Level I - Verbal Warning

The pilot is notified of an infraction, performance, or behavioral issue and verbally warned. A Verbal Warning may include a discussion and action meeting with the chief pilot. A discussion and action meeting is utilized to discuss and clarify expectations in order to correct a performance issue.

2) Level II - Written Warning

The pilot is notified of an infraction, performance, or behavioral issue and is issued a Written Warning, which may include a discussion and action meeting. The pilot will be given ten calendar days to respond to and/or sign the Written Warning (sent via priority message on SkyWest Online). A face-to-face meeting is not required unless the pilot and/or the Company requests a meeting.

3) Level III - Letter of Instruction

The pilot is notified of an infraction, performance, or behavioral issue and a Written Warning or Letter of Instruction (Pilot Policy Manual SP 3031 Letter of Instruction) is administered. A Letter of Instruction will define the inappropriate behavior, clarify the pilot's expected performance improvements, and define any follow-up actions expected of both the pilot and the chief pilot. This level of corrective action requires documentation of all issues discussed and requires the signatures of both the pilot and the chief pilot.

**NOTE -** In addition, a Performance Agreement (Pilot Policy Manual SP 3032 Agreement for Performance) is an option used to create a common understanding between a pilot and chief pilot with the intent to focus on future goals for improved performance. This agreement includes a definition of duties and responsibilities, priorities, goals, authority, and discussion and clarification of any other outstanding issues. A performance agreement is not required and may be used in addition to required documents with any level of corrective action. It may be requested by either the pilot or the chief pilot.

4) Level IV - Counseling Statement

The pilot is notified of a more serious infraction or failure to correct a performance or behavioral issue and a Counseling Statement (Pilot Policy Manual SP 3033 Counseling Statement) is administered. A Counseling Statement will define the inappropriate behavior, clarify the pilot's expected performance improvements, and define the follow-up actions expected of both the pilot and the chief pilot. This level of corrective action requires documentation of all issues discussed and requires the signatures of both the pilot and the chief pilot.

5) Level V - Suspension of Duty

The pilot is notified of a more serious infraction and/or failure to correct a performance or behavioral issue, and the pilot receives a suspension of duty. Suspensions are administered to allow both the Company and the pilot time to investigate the incident, evaluate the pilot's employment status, and to determine the options for continued service with the Company. If it is determined that the pilot is able to continue service with the Company, a return-to-work meeting between the pilot and chief pilot will be scheduled. A Counseling Statement may be administered defining the inappropriate behavior, clarify the pilot's expected performance improvements, and define the follow-up actions expected of both the pilot and the chief pilot. This level of corrective action requires documentation of all issues discussed and requires the signatures of both the pilot and the chief pilot.

**NOTE -** In the event a suspension of duty is found unwarranted, the pilot will be reinstated with full compensation of the pairings and/or assignment(s) missed.

6) Level VI - Separation

Severe infractions and/or failure to correct any performance or behavioral issue will result in separation of employment.

## 5. Extenuating Considerations/Individual Circumstances

A. While using the guidelines listed above, the chief pilot has the discretion to consider the circumstances surrounding each event on its own merit. When evaluating and assigning the appropriate level of corrective action response, the chief pilot may take into consideration any of the following extenuating considerations and/or individual circumstances. This list should not be considered inclusive, only a presentation of examples of types of factors that might affect the chief pilot's decision.

1) The severity of the infraction(s).

2) The length of the pilot's service and his/her history of overall performance.

3) The pilot's response and outlook for continued service with the Company.

4) Any history of adverse interaction with fellow employees and/or customers.

5) Past failures to correct a performance or behavioral issue and/or repeated infractions.

6) The pilot's attitude.

B. Pilots who disclose a substance abuse problem during the corrective action process will be treated according to Pilot Policy Manual SP 3034 HIMS Program.

## 6. Corrective Action Process

A. Once a problem has been identified, the pilot can expect that the chief pilot will exercise good judgment and fairness. When evaluating the problem, the chief pilot will keep in mind the best interest of the Company, as well as the pilot. To assist the pilot in understanding the process, as well as to aid the chief pilot, the following summary of the events surrounding a problem is provided.

1) The first phase of the process requires the documentation of the incident. This is accomplished as follows:

a) Immediately, the pilot should document information relevant to the incident. This should include collecting all pertinent information, such as date, time, and witnesses, as well as compiling a written summary of the incident.

b) Upon notification of an incident, the chief pilot will contact the pilot in person or, if unable, by computer, phone, or written communication in order to obtain his/her version of the incident.

c) The chief pilot will attempt to gather any other supporting information surrounding the event, including statements from other parties involved.

d) The chief pilot will then review the Company policies governing the incident.

2) The second phase of the process begins once all available information has been compiled and reviewed. After the chief pilot has reviewed the facts, considered the categories of inappropriate behavior, and the extenuating considerations and/or individual circumstances, an evaluation to either sanction further action or conclude that corrective action is unjustified and/or unwarranted will be made.

3) If corrective action is determined to be unjustified, the chief pilot should support, coach, and help rebuild the confidence of the pilot.

4) If further corrective action is justified, the chief pilot will determine the appropriate level of corrective action.

## 7. Management Reporting Procedures

A. Once corrective action has been administered, it is the responsibility of the chief pilot to report the results, with all supporting information, to the Director Flight Operations/Company Chief Pilot. In the event it is determined that the corrective action will result in employment termination, a complete review will be completed by the Vice President Flight Operations prior to such action.

## 8. Appeals

A. If a pilot feels that he/she has been treated unfairly or inappropriately, he/she may appeal any of the above listed actions using the appeal procedures as outlined in Pilot Policy Manual SP 3025 Pilot Appeals Procedure and Policy Interpretation Complaints.

**Paragraph** **Page**

**1. Pilot Disciplinary Appeals Procedure ........ 3025.1**
**2. Policy Interpretation Complaints ........ 3025.2**
**3. General Guidelines for Hearings ........ 3025.3**
**4. Legal Defense Plan ........ 3025.3**

## 1. Pilot Disciplinary Appeals Procedure

A. The pilot and supervisors should always attempt to seek a fair resolution to disciplinary matters. However, it is the policy of the Company to encourage the pilot to bring to the attention of management his/her complaints about work related disciplinary situations and under no circumstances should the pilot be penalized for doing so. The pilot will be provided with an opportunity to present his/her complaints concerning disciplinary treatment by supervisors or other management personnel through a formal appeals procedure. Supervisors are responsible for ensuring the appeal is fully processed until the pilot is satisfied with the decision or until the pilot's appeal is exhausted. The appeal hearing process will be resolved fairly and promptly within the following guidelines.

1) The pilot has the right to appeal any disciplinary action that would be considered transferable to future employers. This could include, but is not limited to, suspensions, counseling statements, or certain letters of instruction. A pilot who has completed one year of active employment (adjusted for leave of absence) has the right to appeal a disciplinary action regardless of probationary status.

2) The pilot must notify the Employee Relations Manager of intent to appeal a disciplinary action. This notification must occur within five business days of the issuance of the disciplinary action.

3) The Employee Relations Manager is responsible for notifying the pilot's supervisor of the pilot's intent to appeal. Within 15 business days of notification, the People Department will gather the pertinent facts from all parties, schedule the appeals hearing, and convene an appeals hearing committee.

4) The appeals hearing committee will be made up of the following individuals and will conduct the appeal hearing as follows.

a) An employee of the People Department will be designated to serve as a non-voting chairperson and moderator.

b) Two management representatives will be chosen at random: one from the same department where the pilot works and one from another department.

c) Two pilot peer representatives will be selected at random by SAPA.

d) The appeals hearing committee will review all of the available facts surrounding the appeal. Both the affected pilot and his/her supervisor will be given an opportunity to present any information regarding the appeal to the committee. This information must be presented in person or through written statements. No outside representation will be allowed. The time limit for an appeals hearing is three hours.

e) After gathering the facts surrounding the appeal, the committee may take only the following action.

(1) The committee may find in favor of the pilot and recommend a solution.

(2) The committee may find against the pilot and all previous rulings stand.

(3) The committee may find fault with both parties and recommend a modified solution.

(4) All decisions of the appeals hearing committee will be reviewed by management and will be affirmed unless a specific written reason for not following the appeals hearing committee's decision is provided to all concerned parties within ten business days.

f) Information concerning a pilot appeal will be received in strict confidence. Members of management and the appeals hearing committee will discuss an appeal only with those individuals who are involved in processing the appeal.

g) Management's decisions, or the appeal hearing committee's decisions, will not be precedent setting or binding on future appeals unless they are officially stated as Company policy. Whenever possible, the decisions will be retroactive to the date of the pilot's official complaint.

## 2. Policy Interpretation Complaints

A. A Policy Interpretation Complaint (PIC) under this section is defined as any pilot disagreement concerning the interpretation or application of any policies in the Pilot Policy Manual. Any pilot may file a PIC, and the PIC must be filed via www.sapapilot.org (PIC section) no later than 30 days after the Company interpretation in question.

B. A PIC under this section will be handled in accordance with the following procedures:

1) A SAPA PIC Committee meeting consisting of members of the SAPA PIC Committee will convene monthly to review all outstanding PIC's submitted. After review of the PIC, the committee will make a determination as to whether or not, in its estimation, there has been a possible interpretation error by the Company. If the committee agrees that there has been an interpretation error by the Company, the PIC will then be reviewed and discussed with the appropriate Company personnel. If the committee finds that there has not been an interpretation error by the Company, the pilot will be notified via www.sapapilot.org (PIC section) and the PIC will be closed.

2) If the Company agrees with the committee's decision that an interpretation error has occurred, a satisfactory resolution will be discussed and the pilot will be notified via www.sapapilot.org (PIC section). If the Company upholds its interpretation, the pilot will be notified and be given an opportunity to discuss his/her PIC with the Vice President Flight Operations or as assigned.

3) If the Company continues to uphold the interpretation, the PIC will be closed and the Company will issue a clarification of the policy in question.

4) In an effort not to spend unnecessary time on duplicate PIC subject matter previously reviewed, all PIC's reviewed in the initial PIC Committee meeting will be subject to former Company issued clarifications.

## 3. General Guidelines for Hearings

A. All time limits in this section may be extended with mutual agreement. Oral agreements to extend the time limits must be followed up in writing as soon as possible.

B. Any employee who may be involved in an employee appeal hearing or policy interpretation complaint will travel on an S2 or BP7 pass to and from any meeting related to the issue.

C. Time spent by the pilot in an appeal hearing with management or SAPA during his/her normal working hours will be considered hours worked for pay purposes if the pilot wins the appeal hearing. In any case, the pilot will not be compensated for travel time to and from the hearing. The pilot may use vacation or user time during the appeal hearing.

D. Whenever two or more employees have a common or similar complaint, the pilot will select one or more of them to represent the group. The final decision on the appeal will be binding on all members of the group.

## 4. Legal Defense Plan

A. The Company will provide legal representation for the pilot's defense in relation to aviation related actions that occur during the normal course and scope of employment. In the event the pilot involved prefers his/her own legal representation, the Company will provide compensation for such representation as long as the fees are within reasonable limits.

B. The aviation related actions include:

1) Pilot protection from FAA airman certificate violation action.

2) Pilot protection from FAA medical certificate action.

3) Pilot protection from on-the-job related personal actions. This does not include protection from actions taken against a pilot by the Company.

C. The following guidelines apply:

1) At any time the Company determines, based upon their judgment, that a case is no longer warranted, the pilot will have the option of being provided with a panel of his/her peers to review the case.

a) This review panel for pilots:

(1) Will be comprised of five non-management pilots on the Company pilot seniority list, one of which will be a member of the SAPA representative board.

(2) Will be selected and appointed by the SAPA representative board.

(3) Can be altered at the request of the pilot involved if a conflict of interest exists with a panel member.

2) A Flight Operations management person will also be present for the review process. At the discretion of the pilot involved, his/her attorney may or may not be present.

3) After the review panel has evaluated the facts of the case, the review panel will determine by vote whether the Company shall continue legal representation. The assigned SAPA representative shall administer this vote.

4) The resulting decision of the panel will be considered final.