[redacted]

**From:** Buddy <cer767er@aol.com>
**Date:** October 14, 2020 at 7:04:54 PM PDT
**To:** rchappell1999@gmail.com
**Subject: Fwd: Follow up to phone conversation**

Sent from my iPhone

Begin forwarded message:

> **From:** Cer767er <cer767er@aol.com>
> **Date:** October 14, 2020 at 13:02:16 EDT
> **To:** "rchappell1999@icloud.com" <rchappell1999@icloud.com>
> **Subject: Re: Follow up to phone conversation**
> **Reply-To:** Cer767er <cer767er@aol.com>
>
> Good morning Randy,
>
> I wish I had access to the written documentation associated with this, along with the timeline of the events. So, I'll make do with what I recall.
>
> Memo for Record.
>
> Inspector Reed was assigned investigation of an occurrence that occurred at St. George, UT in early Apr 2020. I don't recall the flight number, but the flight was a pre-dawn departure from St. George to SLC. There was very limited information in the initial notification and my routine course of action is to make a request for information (RFI) from SkyWest. Ms.

Camie Dalton is normally in charge of facilitating this transfer of information and I believe she did so on this occassion. I spent significant time in gathering data about the ramp, parking area, gate locations and procedures associated with St. George, UT. I had never personally flown into or out of this location and was not familiar with the limited ramp area.

In the information shared with me from SkyWest was the basic flight information, associated flight times, N #, maintenance issues, etc. I do not recall the aircraft having any open MEL items and I don't recall any items documented after the flight. In addition, the IORs from both pilots. After reading the IORs it appeared all of the information was consistent in both IOR reports. There were no facts stated that disagreed in either report.

In some cases flight crews have declined to discuss incidents with the Aviation Safety Inspectors from the FAA after filing ASAP reports, but in the case both pilots were willing to discuss the event with me openly. I asked each pilot essentially the same questions in the same manner in an effort to reconstruct the events in my mind in the order I felt they may have occurred.

Both pilots stated they arrived at a different gate the evening before and the gate they were departing from neither pilot had ever used in the past. I assume this was due to the multiple changes implemented after the COVID issue.
Both pilots stated it was completely dark, well before civil twilight and the ramp lighting was poor.
Both pilots stated the operation was fairly routine (COVID exceptions - very few passengers) and pre-flight duties were routine.
Both pilots stated pushback was normal with the tail pushed back at an angle to the right.
Both pilots stated disconnect was routine and the ramp crew saluted and walked away with no indication of a direction to taxi.
The Capt stated he was concerned with clearing aircraft to the right, limited visibility and no marshals to assist and decided to turn left.
Neither pilot mentioned any concern with an obstacles with a left turn from parking.
The F/O stated he did not notice any dips or anything unusual during the the taxi out.
The Capt stated he felt like he ran over a possible drainage grate, which he had felt numerous times before in various ramps.
Neither pilots mentioned or stated any signals from the ground staff during the turn out of the pushback or after they had completed the turn and taxied by them.
Taxi out, checklist completion and radio broadcast were routine for the departure.
There no mention of any calls from the St George staff on any of the frequencies monitored by the flight crew during the taxi, takeoff and departure.
I did not ask any questions of en-route activities or conversations due to the normal pre-departure activities.

Completing the interviews with arrival into SLC.
No questions reference the descent, approach, landing or taxi.
After parking;
Both pilots stated there no eAML entries, no flight discrepancies.
The F/O stated he did a post flight walk around and he did notice the right main outboard tire may of had some dirt on the tire. I assume not enought to warrent a write-up in the eAML.
The Capt did not do a walk around inspection of the aircraft and departed the airport for home.
Both pilots stated there was no discussion of any event at St George

during taxi, en-route, after landing or post flight.

While there much more investigation on my part, I closed the investigation of the flight crew activities. My focus at that point was the ground crew actions at St George, the ground crew manual and the safety investigation publication inconsistencies.

Charles Reed
Aviation Safety Inspector
Transport Aircraft Evaluation Group (AEG)
Seattle, WA.
Charles.reed@faa.gov

Randy, I don't feel comfortable with you sharing a hard copy of this document, but I am okay with you using my statements. I feel uncomfortable with you sharing hard copy of the document, due to it being **my recollection** of the events, IORs and interviews from seven months ago without reference to any of the official documents or my notes.

Wish you the best, but feel you need to have legal representation. While SkyWest can always terminate you with relatively no reason, most companies don't do that due to company morale etc. Your personal relationship with a person in management may be a driver, but honestly, I would be shocked if they were willing to alter official government documents to fit their agenda. That would expose the company and them to legal action which is like wrestling with a pig. No matter how it comes out, everyone gets dirty.

Best wishes,
Buddy

-----Original Message-----
From: Randy Chappell <rchappell1999@icloud.com>
To: cer767er@aol.com
Sent: Tue, Oct 13, 2020 8:53 pm
Subject: Follow up to phone conversation

You interview me and my first officer Justin Reber on April 14th. As you have stated to me you read our IOR reports and said those reports said essential the The same information. Also you have said both mine and Justin’s verbal testimony to you were the same. An email to me stating that would help me to present the truth to the review board. Thank you Buddy for this help.

Randy Chappell

Sent from my iPhone