Thank you.

Douglas DiFrancesco
**Assistant Principal Operations Inspector**
**Federal Aviation Administration**
**SkyWest Certificate Management Office**

**From:** Justin Reber <reberjustin@hotmail.com>
**Sent:** Friday, September 4, 2020 10:09 AM
**To:** DiFrancesco, Douglas (FAA) <douglas.difrancesco@faa.gov>
**Subject:** Re: SGU

Hi Douglas,

Good speaking with you as well. You can expect my written statement (the same ones I have submitted to SkyWest) next week, probably Wednesday or Thursday.

Thanks, Justin

---

**From:** DiFrancesco, Douglas (FAA) <douglas.difrancesco@faa.gov>
**Sent:** Friday, September 4, 2020 10:52 AM
**To:** reberjustin@hotmail.com <reberjustin@hotmail.com>
**Subject:** SGU

Justin,

Thank you for speaking with me today. Attached is the Compliance Action and Pilots Bill of Rights Brochure.

If you could please provide a written statement of the event that would be helpful.

Thank you.

Douglas DiFrancesco
**Assistant Principal Operations Inspector**
**Federal Aviation Administration**
**SkyWest Certificate Management Office**

RE: SGU

DiFrancesco, Douglas (FAA) <douglas.difrancesco@faa.gov>
Tue 9/8/2020 8:12 AM
To: Justin Reber <reberjustin@hotmail.com>

1 attachments (525 KB)
CP_Brochure.pdf;

Justin,

The most accurate way to answer your questions is to direct you back to the Compliance Program Brochure that was sent to you. I have attached it to this email as well. Please read it carefully, as it will answer your questions below.

Thank you for your cooperation.

Best regards,

Douglas DiFrancesco
**Assistant Principal Operations Inspector**
**Federal Aviation Administration**
**SkyWest Certificate Management Office**

**From:** Justin Reber <reberjustin@hotmail.com>
**Sent:** Friday, September 4, 2020 1:05 PM
**To:** DiFrancesco, Douglas (FAA) <douglas.difrancesco@faa.gov>
**Subject:** Re: SGU

Hi again Douglas,

Just so I officially have this in writing from you, the previous FAA inspector's report found no violation or certification action towards me.
So I have three questions: If I submit in detail everything that I experienced that day 1) What will it be used for? 2) Will it be used against me? 3)How does it benefit me?

Thanks, Justin

---

**From:** DiFrancesco, Douglas (FAA) <douglas.difrancesco@faa.gov>
**Sent:** Friday, September 4, 2020 11:18 AM
**To:** Justin Reber <reberjustin@hotmail.com>
**Subject:** RE: SGU

Justin,