# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| RANDY T. CHAPPELL,<br><br>    Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC.; MARK RICHARD; JUSTIN REBER; and TODD EMERSON<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:21-cv-00083-DN-PK<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of Defendant SkyWest Airlines, Inc. ("SkyWest") and against Plaintiff Randy T. Chappell on Mr. Chappell's claims against SkyWest. Mr. Chappell's claims against SkyWest are DISMISSED with prejudice.

Mr. Chappell's claims against Defendants Mark Richard, Justin Reber, and Todd Emerson are DISMISSED without prejudice.

Signed November 29, 2023.

BY THE COURT

_____
David Nuffer
United States District Judge